# UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In re:  Brandon Michael Youngblood | ) | |
| | ) | Case No. 25-11869-BFK |
| Debtor | ) | Chapter 7 |
| | ) | |
| Brandon Eickhoff, | ) | |
| | ) | |
| Complainant, | ) | |
| | ) | |
| v. | ) | Adversary Proc. No. 25-01073-BFK |
| | ) | |
| Brandon Michael Youngblood, | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s):

Brandon Eickhoff

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☒ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe) _____

Part 2:  Identify the subject of this appeal

1.  Describe the judgment, order, or decree appealed from: Order Granting in Part and Denying in Part Motion to Dismiss Adversary Proceeding

2.  State the date on which the judgment, order, or decree was entered: February 19, 2026

Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Official Form 417A          Notice of Appeal and Statement of Election          page 1

Party: Brandon Eickhoff

Attorney: Matthew A. Brennan, III
2100 Reston Parkway, Suite 450
Reston, VA 20191
(703) 929-0091

Party: Brandon Youngblood

Attorney: Justin Fasano
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420

Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

Not Applicable

Part 5: Sign below

Date: March 3, 2026

Matthew A. Brennan, III

Name, address, and telephone number of attorney

Matthew A. Brennan, III
2100 Reston Parkway, Suite 450
Reston, VA 20191
(703) 929-0091

Official Form 417A          Notice of Appeal and Statement of Election          page 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re:** ) | |
| ) | |
| ) | Case No. 25-11869-BFK |
| **BRANDON YOUNGBLOOD,** ) | Chapter 7 |
| ) | |
| **Debtor** ) | |
| ) | |
| ) | |
| **BRANDON EICKHOFF,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Adv. Proc. No. 25-01073-BFK |
| **BRANDON YOUNGBLOOD,** ) | |
| ) | |
| Defendant ) | |

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION TO DISMISS ADVERSARY PROCEEDING

Upon consideration of the *Motion to Dismiss Adversary Proceeding* (the "Motion") filed

by Brandon Youngblood ("Defendant"), the Defendant herein, seeking to dismiss the

*Dischargeability Complaint* (the "Complaint") filed by Plaintiff Brandon Eickoff, and good

cause being shown, it is by the United States Bankruptcy Court for the Eastern District of

Virginia, for the reasons stated on the record, hereby

**ORDERED**, that the Motion is **GRANTED IN PART AND DENIED IN PART**, as

follows; and it is further

**ORDERED**, that Counts I and II of the Complaint commencing this case are hereby

**DISMISSED WITH PREJUDICE**, and it is further

ORDERED, that the Motion is **DENIED** with respect to Counts III and IV of the

Complaint, and the Defendant shall file an answer to the allegations of Counts III and IV of the

Complaint within 21 days of the entry of this Order.

Dated: Feb 19 2026

/s/ Brian F Kenney
_____
United States Bankruptcy Judge

Entered on the docket  Feb 19 2026
_____

**WE ASK FOR THIS AS TO COUNTS I AN II, SEEN AND OBJECTED TO AS
TO COUNTS III AND IV**

/s/ Justin Fasano
McName Hosea, P.A.
Justin P. Fasano, Esquire (VSB 75983)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for the Debtor*

2

**SEEN AND OBJECTED TO AS TO COUNTS I AND II, WE ASK FOR THIS AS TO COUNTS III AND IV**

/s/ Matthew A. Brennan
Matthew A. Brennan, III, Esq.
VA Bar No. 27556
Reston Law Group LLP
2100 Reston Parkway, Suite 450
Reston, VA 20191
(703) 929-0091
(703) 264-2226 facsimile
mbrennan@restonlaw.com
*Counsel for Brandon Eickhoff*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to LBR 9022-1, I hereby certify that the foregoing proposed order has been

endorsed by or served upon all necessary parties.

/s/ Justin P. Fasano
Justin P. Fasano